468 A.2d 821

Commonwealth v. Barnes, Appellant.

Submitted July 28, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.

468 A.2d 822

Commonwealth v. Bing, Appellant.

Submitted September 23, 1983. Larry Elliott Stone, for appellant; Nicholas Subashi, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

The judgment of sentence is affirmed.